IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUALLIANCE, CALIFORNIA WATER IMPACT NETWORK, and CALIFORNIA SPORTFISHING PROTECTION ALLIANCE | |
|     Plaintiffs, | No. CIV S-10-1692 KJM JFM |
| vs. | |
| UNITED STATES BUREAU OF RECLAMATION, and RICHARD WOODLEY, in his official capacity as Mid-Pacific Resource Manager of the Bureau of Reclamation, | ORDER AND ORDER TO SHOW CAUSE |
|     Defendants. | |

This matter is currently on calendar on Wednesday, May 11, for a pretrial scheduling conference. According to the Order Setting Status, issued March 22, 2011, the parties were required to file a joint status report twenty-one days before the hearing date. They have not done so.

IT IS THEREFORE ORDERED that:

1. The hearing set for May 11, 2011 is hereby vacated and reset for June 1, 2011.

2. The parties are directed to file their joint pretrial status report no later than May 25, 2011.

1

1          3.  The parties are directed to show cause why they should not fined $250.00 each
2 for their failure to follow this court's order.  A hearing on the order to show cause will be held, if
3 necessary, following the pretrial scheduling hearing.
4 DATED:  May 9, 2011.

                                        UNITED STATES DISTRICT JUDGE

2
acqu1692.