IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AquALLIANCE, et al.,

       Plaintiffs,     Civ. No. S-10-1692 KJM JFM

  vs.

U.S BUREAU OF RECLAMATION, et al.,     ORDER

       Defendants.
_____/

       In light of plaintiffs' request (ECF No. 12), IT IS HEREBY ORDERED that this case is dismissed without prejudice.

DATED: July 27, 2011.

_____
UNITED STATES DISTRICT JUDGE